**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

QUINTIN STEWART,

    Plaintiff,

v.                                           CASE NO. 4:13cv379-RH/CAS

TOWN OF HAVANA, FLORIDA and
SHAUN D. PYE, in his individual
capacity,

    Defendant.

_____/

## ORDER EXTENDING THE MEDIATION DEADLINES

The motion to extend the mediation deadlines, ECF No. 18, is granted. The deadline to begin mediation is extended to March 31, 2014. The deadline to finish mediation is also extended to March 31, 2014, but mediation may continue after that date if the mediator determines, after substantial mediation proceedings, that further mediation is warranted.

SO ORDERED on February 16, 2014.

                                            s/Robert L. Hinkle
                                            United States District Judge